AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: LK DEPUTY

United States of America

v.

KRYSTEL CAPI VALLE,

Defendant

(AMENDED)

Case No. 2:26-mj-06356-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 26, 2026, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Caitlin Donovan*
*Complainant's signature*

Caitlin Donovan, Special Agent-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 30, 2026

[signature]
*Judge's signature*

City and state: Los Angeles, California

Hon. Daniel S. Roberts, U.S. Magistrate Judge
*Printed name and title*

AUSA: Michael G. Wheat

# AFFIDAVIT

I, Caitlin Donovan, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for Krystel Capi Valle ("CAPI VALLE"), for a violation of 18 U.S.C. § 1015(a) (False Statement under oath in Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been since January 2024. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. In the course of my work, I have conducted physical surveillance, executed arrest warrants, and reviewed electronic records.

4. I have a Bachelor’s degree in dance from San Francisco State University and Doctorate degree in chiropractic from Southern California University of Health Sciences. I was a Customs and Border Protection (“CBP”) Officer at the seaport of Long Beach, California for approximately three years. During that time, I worked on teams in Merchandise Enforcement, Anti-Terrorism and Contraband Enforcement, Vessel Operations, and Radiation Portal Monitors. I also performed temporary duty at the land borders of Nogales, Arizona and San Ysidro, California. I have completed approximately 500 hours of instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Criminal Investigator Training Program. I have also completed approximately 500 hours of HSI-related instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Homeland Security Investigations Special Agent Training Program.

5. I currently work with the Homeland Security Task Force Financial – High Intensity Financial (“HSTFF-HIF”) and as a Special Agent, I am responsible for investigating violations of federal criminal laws, such as the Bank Secrecy Act, Money Laundering Control Act, Immigration violations, and other federal crimes. These investigations have involved the use of electronic and physical surveillance; the use of informants and cooperating witnesses; undercover transactions; financial and telephone toll analysis; the preparation and execution of search warrants, and arrests, among other things. I have requested and participated in the preparation

and execution of many HSI search and seizure warrants, multi-agency search warrants, and multiple site search warrants. I have requested and participated in search warrants of email accounts, online cloud accounts, cell phones, computers, and premises where computers, cell phones, and other electronic evidence were searched, seized, and/or imaged.

## III. **STATEMENT OF PROBABLE CAUSE**

6. Department of Homeland Security ("DHS") records reveal that CAPI VALLE was born on June XX, 1995, in Mexico, and is a native and citizen of Mexico, who entered the United States and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

7. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for CAPI VALLE with fraud indicators that CAPI VALLE either registered to vote, has voted or both.

8. During the HSI investigation of CAPI VALLE, Special Agents ("SAs") conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number XXXXX1495 in the name "CAPI VALLE" with a date of birth of June XX, 1995, country of birth and citizenship as Mexico. This record includes a photograph of the person SAs recognize to be CAPI VALLE. This recognition is based on a comparison to other law enforcement photographs of

VALLE. This record also lists additional identifying information for CAPI VALLE to include a probable current physical address: XX07 Simsbury St, Palmdale, CA 93550, a telephone number ending in -0106, an email of krystelcapi@XXXXX.com, and date of birth of June XX, 1995.

9. DHS immigration documentation, specifically Form N-400 (Application for Naturalization) records for CAPI VALLE, also lists her birth country, and citizenship, as Mexico, and contains a Social Security number ending in -6389.

10. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver’s license number XXXXX455 is associated with the name “CAPI VALLE” and is associated with the address on XX07 Simsburry St, Palmdale, CA 93550. The latest issue date of this record is 06/15/2026, and it contained a photograph which SAs believe depicts CAPI VALLE based on SAs comparison to pictures of CAPI VALLE. This record also shows a date of birth as June XX, 1995 and contains an image of CAPI VALLE’s signature.



SIGNATURE:



11. During the HSI investigation of CAPI VALLE, SAs subpoenaed the Los Angeles County Registrar's Office for Voter Registration Information for CAPI VALLE associated with the address on XX07 Simsbury St, Palmdale, CA 93550.

12. In September 2026, SAs received a certified voter registration application number 6XXXXX0003, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "CAPI VALLE" and lists the same address on XX07 Simsbury St, Palmdale, CA 93550.

13. On the form, The box next to "I am a U.S. citizen" is checked off.



CALIFORNIA VOTER REGISTRATION FORM

- [X] I am a U.S. citizen.
- [X] I am at least 16 years old.
- [X] I am not in prison or on parole for the conviction of a felony.
- [X] I am not currently judged by a court to be mentally incompetent.

14. Following a declaration under penalty of perjury warning, the voter registration application states "I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day". The voter registration application is dated 10/01/2022.

I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.




15. The voter application also provided the following for CAPI VALLE:

a. Date of birth as 06/XX/1995
b. California ID number DL #XXXXX455
c. Place of birth as Mexico
d. Phone number as XXX-XXX-0106
e. Email as krystelcapi@XXXXX.com

16. The signature supplied by the voter and attached to voter application number 6XXXXX0003 is in the name of "CAPI VALLE" and appears to match CAPI VALLE's signature on her California driver's license dated 06/15/2026.

17. Records also provide that CAPI VALLE voted by mail in ballot for the General Election on or about November 8, 2022.

18. Additionally, SAs have reviewed DHS records to determine whether CAPI VALLE has ever sought or obtained U.S. citizenship. To become a naturalized U.S. citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show CAPI VALLE is seeking

naturalization and filed an N-400 application.

19. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

**Part 9. Additional Information About You**

When a question includes the word " **EVER**," you must provide information about any of your actions or conduct that occurred **anywhere in the world** at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in **Item Numbers 1. - 14.** in **Part 9. Item Numbers 1. - 14.**, provide explanations and any additional information in the space provided in **Part 14. Additional Information**.

1. Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No
2. Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☐ Yes ☒ No

20. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 06/26/2026.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable) | Date of Signature (mm/dd/yyyy): 06/26/2026

21. The Form N-400 Naturalization application also provided the following for CAPI VALLE:

a. Alien Number as A-XXXXX1495
b. Date of birth as 06/XX/1995
c. Place of birth as Mexico

d. "SSN4" as -6389
e. Email as krystelcapi@XXXXX.com

22. Moreover, the DHS records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a U.S. citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

23. Based on the forgoing, I believe there is probable cause to believe that CAPI VALLE knowingly and willfully falsely stated under oath that she was a United States Citizen in her voter registration application in order to register to vote, then subsequently lied about it in the naturalization application in violation of 18 U.S.C. § 1015(a).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of October 2026.

Dan Roberts

HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE